No. 98–6864 (A–404). GILLIAM *v.* SIMMS, SECRETARY, MARY-LAND DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES. Ct. App. Md. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 97–1910. ZIEMKE ET AL. *v.* ALMOG ET AL., *ante*, p. 817;

No. 97–2004. NATIONAL COLLEGIATE ATHLETIC ASSN. *v.* LAW ET AL. (two judgments), *ante*, p. 822;

No. 97–2008. WEN-CHOUH LIN *v.* LIN, *ante*, p. 823;

No. 97–2060. GADDIS *v.* GADDIS, *ante*, p. 826;

No. 97–2066. YADEGAR *v.* YADEGAR ET AL., *ante*, p. 827;

No. 97–8681. HOLLAND *v.* MISSISSIPPI, *ante*, p. 829;

No. 97–9177. TUDOROV *v.* COLAZO, *ante*, p. 839;

No. 97–9192. BLOUNT *v.* UNITED STATES, *ante*, p. 840;

No. 97–9238. LIMEHOUSE *v.* RED LOBSTER, INC., *ante*, p. 842;

No. 97–9354. BOYD *v.* TENNESSEE, *ante*, p. 846;

No. 97–9682. KING *v.* SUPERIOR COURT OF NEW HAMPSHIRE, ROCKINGHAM COUNTY, *ante*, p. 866;

No. 98–34. FERNANDES *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL., *ante*, p. 869;

No. 98–213. UPSHAW *v.* BOND ET AL., *ante*, p. 877;

No. 98–5147. WEISWASSER *v.* TERHUNE, DIRECTOR, CALIFOR-NIA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 888;

No. 98–5200. CAPERS *v.* TCI OF NORTHERN NEW JERSEY, INC., *ante*, p. 891;

No. 98–5227. CUNNINGHAM *v.* KENT ET AL., *ante*, p. 893;

No. 98–5319. OZMEN *v.* NEW MEXICO, *ante*, p. 898;

No. 98–5328. TWIDDY *v.* CITY OF HEALDSBURG, CALIFORNIA, ET AL., *ante*, p. 899;

No. 98–5461. CURTIS *v.* PARKER, WARDEN, *ante*, p. 906; and

No. 98–5700. WILLIAMSON *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante*, p. 915. Petitions for rehearing denied.

No. 97–2038. IN RE CROWELL, *ante*, p. 807. Motion of peti-tioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.